# EXHIBIT 1

# EXHIBIT 1

**LAS VEGAS REVIEW-JOURNAL**
**reviewjournal.com**

February 17, 2010
Copyright © Las Vegas Review-Journal

# National monuments memo cited

Keith Rogers

By KEITH ROGERS

LAS VEGAS REVIEW-JOURNAL

Rep. Dean Heller says he is worried about an Interior Department **memo** that calls for carving two **national monuments** out of parts of central and Northern Nevada to protect American Indian cultural sites and habitat for sensitive wildlife.

"The fact that this administration is already circulating internal **memos** to bypass Congress and the public process is troubling," Heller, R-Nev., said in a news release Tuesday. "There should never be a rush to develop proposals that will have long lasting impacts on the local communities."

Two undated entries from the **memo** list Heart of the Great Basin with ranges in Nye County and Owyhee Desert in Nevada and Oregon as areas the Interior Department is considering for designation as **national monuments**.

The Heart of the Great Basin contains "a globally unique assemblage of cultural, wildlife and historical values. ... Thousands of petroglyphs and stone artifacts provide insight to the area's inhabitants from as long as 12,000 years ago," one entry reads. The area contains creeks, aspen groves and habitat for sage grouse and pika, an alpine rodent.

Earlier this month, the U.S. Fish and Wildlife Service announced that populations of American pika were most at risk in Nevada, citing global warming as the primary threat to the species. Nevertheless, the wildlife service decided not to list the pika for Endangered Species Act protection because the rabbitlike animal isn't in danger of extinction in the foreseeable future. Pika populations are found in nine other Western states.

The second entry describes Owyhee Desert as an unprotected region in Oregon and Nevada that is "home to the world's largest herd of California bighorn sheep, elk, deer, cougar, redband trout, sage grouse and raptors."

"The Owyhee Desert is one of the most remote areas in the continental United States, characterized by juniper covered deserts, natural arches, mountains and ancient lava flows. The many branching forks of the Owyhee River form deep, sheer-walled canyons between desert wilderness and entice river runners from around the nation," the **memo** reads.

Lynn Davis, manager of a conservation group advocating creation of a fossil beds **national monument** near Tule Springs in the northern Las Vegas Valley, said her organization was "completely unaware of these two areas being considered for any protective status."

In contrast, the Tule Springs area "has been going through a very public, very open process to examine it with community support as a **national monument**," said Davis, program manager for the Nevada Field Office of the nonprofit **National** Parks Conservation Association.

A call to an Interior Department spokesman regarding the **memo** was not immediately returned late Tuesday.

# EXHIBIT 2

# EXHIBIT 2

 Forests.org Provides Vast Forest Protection News, Information Retrieval Tools and Original Analysis

Forests.org News Archive

**Non-profit forests news archive provided on these terms to help find solutions and for posterity**

Comment | Rate | Email Article to Friend | Printer Friendly | Disclaimer & Conditions for Use | Share on Facebook

Nevada: Heller concerned over memo on national monuments

**Heller says Interior Department bypassing public**

**Source: Copyright 2010, Las Vegas Review-Journal
Date: February 16, 2010
Byline: Keith Rogers
Original URL**

Rep. Dean Heller says he is worried about an Interior Department memo that calls for carving two national monuments out of parts of central and Northern Nevada to protect American Indian cultural sites and habitat for sensitive wildlife.

"The fact that this administration is already circulating internal memos to bypass Congress and the public process is troubling," Heller, R-Nev., said in a news release Tuesday. "There should never be a rush to develop proposals that will have long lasting impacts on the local communities."

Two undated entries from the memo list Heart of the Great Basin with ranges in Nye County and Owyhee Desert in Nevada and Oregon as areas the Interior Department is considering for designation as national monuments.

The Heart of the Great Basin contains "a globally unique assemblage of cultural, wildlife and historical values. ... Thousands of petroglyphs and stone artifacts provide insight to the area's inhabitants from as long as 12,000 years ago," one entry reads. The area contains creeks, aspen groves and habitat for sage grouse and pika, an alpine rodent.

Earlier this month, the U.S. Fish and Wildlife Service announced that populations of American pika were most at risk in Nevada, citing global warming as the primary threat to the species. Nevertheless, the wildlife service decided not to list the pika for Endangered Species Act protection because the rabbitlike animal isn't in danger of extinction in the foreseeable future. Pika populations are found in nine other Western states.

The second entry describes Owyhee Desert as an unprotected region in Oregon and Nevada that is "home to the world's largest herd of California bighorn sheep, elk, deer, cougar, redband trout, sage grouse and raptors."

"The Owyhee Desert is one of the most remote areas in the continental United States, characterized by juniper covered deserts, natural arches, mountains and ancient lava flows. The many branching forks of the Owyhee River form deep, sheer-walled canyons between desert wilderness and entice river runners from around the nation," the memo reads.

Lynn Davis, manager of a conservation group advocating creation of a fossil beds national monument near Tule Springs in the northern Las Vegas Valley, said her organization was "completely unaware of these two areas being considered for any protective status."

In contrast, the Tule Springs area "has been going through a very public, very open process to examine it with community support as a national monument," said Davis, program manager for the Nevada Field Office of the nonprofit National Parks Conservation Association.

A call to an Interior Department spokesman regarding the memo was not immediately returned late Tuesday.

**Read Full Story at Source**

Copyright 2010, Las Vegas Review-Journal

Rate Article: 1 (Worst) to 10 (Best) | Comment

Related News

11/3/2009 - Wilderness bill falls 2 votes short of passing the House, Oregonian [search]

Forest Protection Search

[ ] Go

● Internet
○ News
○ Links
○ Site

Home

Alerts

Resistance Growing to Ecologically Devastating Chinese Mining Invasion of Madang, Papua New Guinea

News

Highlights

12/4 - United Kingdom: Organic sales slump for first time as recession takes a bite out of market, Guardian [search]

12/4 - China: Record Drought Exposes Water Woes, Inter Press Service [search]

11/4 - United Kingdom: Keep trains out of my 5,000-acre back yard, Times (UK) [search]

11/4 - Glacier National Park loses 2 more glaciers due to climate change, Thaindian News [search]

Blog

ALERT! Resistance Growing to Ecologically Devastating Chinese Mining Invasion of Madang, Papua New Guinea

VICTORY! Madagascar Reinstates Rainforest Protections Following EI Led Global Public Outcry

Write for EI

Links

Donate

Contact

Also from Ecological Internet:

- ecoearth.info
- climateark.org
- waterconserve.org
- rainforestportal.org
- oceanconserve.org
- newearthrising.org
- my.ecoearth.info

3/3/2009 - Obama renews protection for endangered species, Agence France-Presse [search]
4/2/2009 - Bush-Era Oil and Gas Leases Near Utah Parks Canceled, Environment News Service [search]
26/1/2009 - Bill Would Stop Uranium Mining Near Grand Canyon National Park, Environment News Service [search]
25/1/2009 - Bush legacy leaves uphill climb for U.S. parks, critics say, LA Times [search]
5/11/2008 - Will We Be Coerced Into Selling Off Our Public Lands?, Counter Punch [search]
11/10/2006 - Wilderness bills face hurdle in Senate, Associated Press [search]



**More related news**

**Search the Internet with Forests.org's Search Engine for more information on: 'Nevada public land national monument new'**

Forests.org users agree to the site disclaimer as a condition for use.

© Copyright 1993-2009, Forests.org is a Project of Ecological Internet
This web site is for educational and non-commercial purposes only and use signifies acceptance of this Disclaimer.

sponsors | privacy | campaigns | disclaimer

# EXHIBIT 3

# EXHIBIT 3



# EcoEarth.Info

## Environment Portal & Search Engine

Empowering the Environmental Sustainability Movement

### Environment Search

[Search Internet Here] [Go]
◉ Internet ◯ News ◯ Links ◯ Site

### Environment Home

### My.EcoEarth.Info

Eco-Campaign Social Network

User Email: [          ]
Password: [          ]
[Log In]  Register

### Earth Alerts

Resistance Growing to Ecologically Devastating Chinese Mining Invasion of Madang, Papua New Guinea

### Earth News

Highlights

12/4 - Neighborhoods often slow to accept solar panels on homes, Statesman Journal  [search]

12/4 - China: Record Drought Exposes Water Woes, Inter Press Service  [search]

12/4 - Japanese whaling fleet returns home after clashes, Agence France-Presse  [search]

11/4 - United Kingdom: Keep trains out of my 5,000-acre back yard, Times (UK)  [search]

### Earth Blog

ALERT! Resistance Growing to Ecologically Devastating Chinese Mining Invasion of Madang, Papua New Guinea

VICTORY! Madagascar Reinstates Rainforest Protections Following EI Led Global Public Outcry

### Earth's Newsdesk

Including *Earth Meanders* essays

### Write for EI

### Earth Subscribe

### Environment Links

### Earth Donate

### About/Contact

### Also by EI

Climate Ark | Forests.org | Water Conserve | Rainforest Portal | Ocean Conserve | New Earth Rising



# EcoEarth.Info News Archive
**Non-profit environment news archive provided on these terms to help find solutions and for posterity**

Comment | Rate | Email Article to Friend | Printer Friendly | Disclaimer & Conditions for Use |    Share on Facebook

## Nevada: Heller concerned over memo on national monuments
**Heller says Interior Department bypassing public**
Source: Copyright 2010, Las Vegas Review-Journal
Date: February 16, 2010
Byline: Keith Rogers
Original URL

Rep. Dean Heller says he is worried about an Interior Department memo that calls for carving two national monuments out of parts of central and Northern Nevada to protect American Indian cultural sites and habitat for sensitive wildlife.

"The fact that this administration is already circulating internal memos to bypass Congress and the public process is troubling," Heller, R-Nev., said in a news release Tuesday. "There should never be a rush to develop proposals that will have long lasting impacts on the local communities."

Two undated entries from the memo list Heart of the Great Basin with ranges in Nye County and Owyhee Desert in Nevada and Oregon as areas the Interior Department is considering for designation as national monuments.

The Heart of the Great Basin contains "a globally unique assemblage of cultural, wildlife and historical values. ... Thousands of petroglyphs and stone artifacts provide insight to the area's inhabitants from as long as 12,000 years ago," one entry reads. The area contains creeks, aspen groves and habitat for sage grouse and pika, an alpine rodent.

Earlier this month, the U.S. Fish and Wildlife Service announced that populations of American pika were most at risk in Nevada, citing global warming as the primary threat to the species. Nevertheless, the wildlife service decided not to list the pika for Endangered Species Act protection because the rabbitlike animal isn't in danger of extinction in the foreseeable future. Pika populations are found in nine other Western states.

The second entry describes Owyhee Desert as an unprotected region in Oregon and Nevada that is "home to the world's largest herd of California bighorn sheep, elk, deer, cougar, redband trout, sage grouse and raptors."

"The Owyhee Desert is one of the most remote areas in the continental United States, characterized by juniper covered deserts, natural arches, mountains and ancient lava flows. The many branching forks of the Owyhee River form deep, sheer-walled canyons between desert wilderness and entice river runners from around the nation," the memo reads.

Lynn Davis, manager of a conservation group advocating creation of a fossil beds national monument near Tule Springs in the northern Las Vegas Valley, said her organization was "completely unaware of these two areas being considered for any protective status."

In contrast, the Tule Springs area "has been going through a very public, very open process to examine it with community support as a national monument," said Davis, program manager for the Nevada Field Office of the nonprofit National Parks Conservation Association.

A call to an Interior Department spokesman regarding the memo was not immediately returned late Tuesday.

**Read Full Story at Source**

**Copyright 2010, Las Vegas Review-Journal**

## Rate Article: 1 (Worst) to 10 (Best) | Comment

Please select a value    Rate

## Related News

Date [ ] [Save Sort]

13/12/2009 - Cap and Trade: An Unserious Policy Framework for Humanity's Most Serious Challenge, Green Thoughts [search]

8/9/2009 - Renewable energy plan creates rift, USA Today [search]

11/3/2009 - Wilderness bill falls 2 votes short of passing the House, Oregonian [search]

3/3/2009 - Obama renews protection for endangered species, Agence France-Presse [search]

4/2/2009 - Bush-Era Oil and Gas Leases Near Utah Parks Canceled, Environment News Service [search]

26/1/2009 - Bill Would Stop Uranium Mining Near Grand Canyon National Park, Environment News Service [search]

25/1/2009 - Bush legacy leaves uphill climb for U.S. parks, critics say, LA Times [search]

**More related news**

**Search the Internet with EcoEarth.Info's Search Engine for more information on: 'Nevada public land national monument new'**

EcoEarth.Info users agree to the site disclaimer as a condition for use.

© Copyright 1999-2010, EcoEarth.Info a Project of Ecological Internet | Campaigns | FAQ | Disclaimer | Privacy

# EXHIBIT 4

# EXHIBIT 4

```
Type of Work:       Text

Registration Number / Date:
                    TX0007130503 / 2010-04-21

Application Title: National monuments memo cited.

Title:              National monuments memo cited.

Description:        Print material (record pages if present)

Copyright Claimant:
                    Righthaven LLC, Transfer: By written agreement.

Date of Creation:   2010

Date of Publication:
                    2010-02-17

Nation of First Publication:
                    United States

Authorship on Application:
                    Stephens Media LLC, employer for hire; Domicile: United
                       States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                    Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                       Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                       States, (702) 527-5900, dbrownell@righthaven.com

Names:              Stephens Media LLC
                    Righthaven LLC
================================================================================
```